JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MENDOZA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDIK ASADORIAN, ET AL.,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-07322-JC<br><br>**ORDER DISMISSING ACTION**<br>**[DOCKET NO. 23]** |

　　　　On December 24, 2025, Plaintiff filed a Notice of Settlement of Entire Case ("Notice"), stating the Plaintiff and Defendants have settled this entire case and requesting thirty (30) days to file dispositional documents and to complete the terms of the settlement.

　　　　Having considered the Notice and finding good cause therefor, the Court hereby ORDERS:

　　　　1.　All deadlines governing this action are VACATED.

　　　　2.　The Court DISMISSES the action without prejudice. The Court retains jurisdiction to vacate this Order and to reopen the action within thirty

(30) days from the date of this Order, provided any request by a party to do so shall make a showing of good cause as to why the settlement has not been completed within the 30-day period, what further settlement processes are necessary, and when the party making such a request reasonably expects the process to be concluded.

3. This Order does not preclude the filing of a stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41, which does not require approval of the Court. Such stipulation shall be filed within the aforementioned 30-day period, or by such later date ordered by the Court pursuant to a stipulation by the parties that conforms to the requirements of a showing of good cause stated above.

IT IS SO ORDERED.

Dated: December 24, 2025        _____/s/_____
                                Honorable Jacqueline Chooljian
                                UNITED STATES MAGISTRATE JUDGE